RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Christopher Cook

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00193-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| CHRISTOPHER COOK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Christopher Cook, that the Preliminary Hearing currently scheduled on January 31, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    The parties are attempting to resolve this revocation petition.

2.    Defense counsel needs additional time to receive and review disclosure materials and to meet with Mr. Cook to determine if the matter will resolve or proceed to a preliminary hearing.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the preliminary hearing.

DATED January 28, 2025.


RENE L. VALLADARES                      SUE FAHAMI
Federal Public Defender                 Acting United States Attorney



By */s/ Joanne L. Diamond*              By */s/ Daniel J. Cowhig*
JOANNE L. DIAMOND                       DANIEL J. COWHIG
Assistant Federal Public Defender       Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00193-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER COOK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, January 31, 2025 at 2:00 p.m., be vacated and continued to May 6, 2025 at the hour of 10:00 a.m. in Courtroom 3D.

DATED this 29th day of January, 2025.

THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE