**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER COOK,<br><br>    Defendant. | Case No. 2:24-cr-00193-RFB-NJK<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for Tuesday, May 6, 2025 at 10:00 a.m., be vacated and continued to June 11, 2025 at the hour of 3:00 p.m. in Courtroom 3D.

DATED this 2nd day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3