RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Christopher Cook

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00193-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fifth Request) |
| CHRISTOPHER COOK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Christopher Cook, that the Revocation Hearing currently scheduled for April 30, 2026 at 9:15 a.m., be vacated and continued to May 19, 2026 at 12:15 p.m.

This Stipulation is entered into for the following reasons:

1.     Counsel for the government is out of the office until May 4, 2026.

2.     The defendant is detained and does not consent to the continuance.

3.    The parties agree to the continuance.

4.    This is the fifth request for a continuance.

DATED April 23, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General

By /s/ Joanne L. Diamond
    JOANNE L. DIAMOND
    Assistant Federal Public Defender
    Counsel for CHRISTOPHER COOK

By /s/ Daniel J. Cowhig
    DANIEL J. COWHIG
    Assistant United States Attorney
    Counsel for the Government

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00193-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER COOK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 30, 2026 at 9:15 a.m., be vacated and continued to May 19, 2026 at 12:15 p.m.

DATED this 24th day of April, 2026.

_____

UNITED STATES DISTRICT JUDGE

3